UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>D. TORRES-RAMIREZ, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-00883-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　　This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Michelle L. Peterson, recommending the denial of Mr. Hagos' motion to proceed in forma pauperis. Dkt. No. 4; *see* Dkt. Nos. 1, 1-1. Judge Peterson also recommended that Mr. Hagos be required to pay the filing fee within 30 days and that this action be terminated if he fails to do so. Dkt. No. 4 at 3–4.

　　　　Mr. Hagos has not filed objections to the R&R. And on July 21, 2023, the R&R addressed to Mr. Hagos at the address he provided to the Court was returned as undeliverable. Dkt. No. 5.

　　　　A party proceeding pro se shall keep the Court and opposing parties advised as to his or her current mailing address. LCR 41(b)(2). If mail directed to a pro se plaintiff is returned by the

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Postal Service, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

Having reviewed the R&R, the remaining record, and the applicable law, the Court finds and ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation, Dkt. No. 4.

(2) Mr. Hagos' application to proceed with this action in forma pauperis, Dkt. No. 1, is DENIED.

(3) Mr. Hagos is directed to pay the $402 filing fee within thirty (30) days of the date on which this Order is signed. Failure to timely submit the required filing fee will result in immediate termination of this action.

(4) Mr. Hagos is directed to notify the Court of his current mailing address by September 19, 2023; if he fails to do so, the Court will dismiss this action without prejudice.

(5) The Clerk is directed to send copies of this Order to Mr. Hagos at his last known address and to Judge Peterson.

Dated this 26th day of July, 2023.

*Lauren King*
Lauren King
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2